United States Court of Appeals
Fifth Circuit

**F I L E D**

April 6, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-50040

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

            v.

VALENTIN LOPEZ-SIGALA

                    Defendant - Appellant


                    ----------------------
        Appeal from the United States District Court for the
             Western District of Texas, El Paso
                    3:04-CR-1459-ALL
                    ----------------------

Before GARZA, DeMOSS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]


        IT IS ORDERED that Appellant's unopposed motion to
vacate the sentence is GRANTED.

        IT IS FURTHER ORDERED that Appellant's unopposed motion
to remand the case to the Western District of Texas, El Paso
Division for resentencing is GRANTED.

    IT IS FURTHER ORDERED that Appellant's motion to suspend
briefing is DENIED as moot.

_____

        [*] Pursuant to 5th Cir. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5th Cir. R. 47.5.4.

IT IS FURTHER ORDERED that Appellant's alternative request for an extension of time to file the Appellee's brief 30 days from the denial of Appellant's motion to vacate and remand is DENIED as moot.